UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PEDRO CASTILLO,

      Petitioner,

    v.

MARKWAYNE MULLIN,  DHS,
GARRETT J. RIPA,  ICE,  EOIR,
U.S. ATTORNEY GENERAL,
WARDEN OF FLORIDA SOFT
SIDE SOUTH (ALLIGATOR
ALCATRAZ),

      Respondents,

Case No. 2:26-cv-1078-KCD-NPM

                    /

## **ORDER**

Petitioner Pedro Castillo has filed a habeas corpus petition challenging his immigration detention. (Doc. 1.) Respondents concede that "counsel is unable to ascertain sufficient facts at this time to establish that [Castillo's] supervised release was revoked according to the procedures established by law." (Doc. 9 at 1.) Accordingly, Respondents "do not oppose [his] request for release at this time." (*Id.*) Given there is no opposition to the relief sought or the legal grounds for such, the habeas corpus petition (Doc. 1) is **GRANTED**. Respondents are directed to release Castillo from custody by 5:00 pm on May 4, 2026. Respondents shall also facilitate his transportation from the detention

facility by notifying his counsel when and where he can be collected. The Clerk
is directed to terminate all pending motions and close this case.

**ORDERED** in Fort Myers, Florida on May 1, 2026.

Kyle C. Dudek
United States District Judge